IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

XIN LIN PETITIONER

V. CIVIL ACTION NO. 5:26-cv-15-DCB-BWR

RAFAEL VERGARA RESPONDENT

FINAL JUDGMENT

In accordance with the Court's Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE MOOT.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE AS MOOT.

So ORDERED AND ADJUDED, this the 21st day of May, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE